12981. CHARLESTON AND WESTERN CAROLINA RAILWAY COMPANY *v.* GAY, administrator.

There being some evidence to authorize the verdict, this court will not interfere with it.

DECIDED MARCH 9, 1922.

Action for damages; from Richmond superior court — Judge Henry C. Hammond. October 1, 1921.

*Cumming & Harper, F. B. Grier,* for plaintiff in error.

*C. H. & R. S. Cohen,* contra.

LUKE, J. The sole question raised in this case is whether the evidence authorized the verdict. All questions raised were for determination by a jury, and there is some evidence to authorize the verdict. The verdict having been approved by the trial judge, and no error of law appearing, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*